IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Clarissa Riddle, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 3:18 CV 50284 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Michael Oliver, et al. | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

    The Court gave the plaintiffs to 2/21/2019 to respond to defendant Adam Burt's motion to vacate the entry of default [37], but to date that plaintiffs have not responded. In the absence of any objection, it is this Court's Report and Recommendation that defendant Burt's motion to vacate [37] be granted. Any objection must be filed by 3/8/2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 2/22/2019                                                    /s/ Iain D. Johnston
                                                                                                       U.S. Magistrate Judge