## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Clarissa Riddle, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No: 18 CV 50284 |
| | ) | |
| Michael Oliver, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [39] from the magistrate judge that this court grant defendant Burt's motion to vacate the entry of default [37]. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R.

Date: 3/11/2019     ENTER:

_____
FREDERICK J. KAPALA

District Judge