IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Clarissa Riddle, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No: 18 C 50284 |
| | ) | |
| v. | ) | |
| | ) | Judge Iain D. Johnston |
| Adam Burt, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On 2/25/2021 Magistrate Judge Jensen entered a Report and Recommendation [126] that a default judgment be entered against defendants Adam Burt and Anthony Yeager and (1) in favor of plaintiff Clarissa Riddle in the total amount of $350,000, with defendants Burt and Yeager jointly and severally liable for the $250,000 compensatory damages portion and each liable for half of the $100,000 punitive damages portion; and (2) in favor of plaintiff Jason Riddle in the total amount of $45,000, with defendants Burt and Yeager jointly and severally liable for the $30,000 compensatory damages portion and each liable for half of the $15,000 punitive damages portion.  No party objected by the 3/11/2021 deadline.  An order of default previously issued against defendants Burt and Yeager.  Dkts. 64, 85.  The Court has reviewed the Report and Recommendation, which addresses both the basis of liability and determination of an appropriate award of damages based on testimony Magistrate Judge Jensen obtained during a prove-up hearing held 12/2/2020.   In the absence of any objection by any party, and after having reviewed *de novo* the Report and Recommendation, the Court adopts in full the Report and Recommendation [126].  Judgement shall issue separately.   Civil case terminated.


Date:   March 16, 2021         By:     _____
                                        Iain D. Johnston
                                        United States District Judge